**SEALED BY ORDER OF COURT**

FILED
JAN 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIZHONG CHEN,<br><br>Defendant. | Case No. 19-mj-70117-MAG-1  (VKD)<br>*SEALED*<br><br>**ORDER RE RELEASE** |

The Court is advised that defendant Jizhong Chen has posted cash in the amount of $100,000 as partial security for the bond set by the Court. Accordingly, the Court orders Mr. Chen released on the conditions set by the Court's order dated January 24, 2019. Dkt. No. 5.

**IT IS SO ORDERED.**

Dated: January 25, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge