```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611016047
Cashier ID: burganj
Transaction Date: 01/25/2019
Payer Name: Zhudau Zheng

TREASURY REGISTRY
For: Jizhong Chen
Case/Party: D-CAN-5-19-MJ-070117-001
Amount:         $100,000.00

PAPER CHECK CONVERSION
Check/Money Order Num: 153
Amt Tendered: $100,000.00

Total Due:       $100,000.00
Total Tendered: $100,000.00
Change Amt:     $0.00

MAG


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```