1  Daniel Olmos (SBN 235319)
   NOLAN BARTON & OLMOS LLP
2  600 University Avenue
   Palo Alto, California  94301
3  650/326-2980 – Telephone
   650/326-9704 – Facsimile
4
   Attorney for Defendant
5  Jizhong Chen

6
7                     UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
9

10 | UNITED STATES OF AMERICA, | ) | Case No.: 5:19-mj-70117-MAG |
11 |         Plaintiff,        | ) |                              |
12 |           vs.             | ) | **NOTICE OF APPEARANCE**     |
13 | JIZHONG CHEN,             | ) |                              |
14 |         Defendant.        | ) |                              |
15 |_____| ) |                              |

16
17      Attorney Daniel Olmos hereby gives Notice of Appearance as attorney of record for

18 Defendant Jizhong Chen in the above-entitled case.

19
20 Date:   January 29, 2019            Respectfully submitted,

21
22                                     _____/s/_____
                                       Daniel Olmos
23                                     Attorney for Defendant Jizhong Chen

24
25